IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

J & J SPORTS PRODUCTIONS, INC.,        No. C 12-05777 RS

**STANDBY ORDER OF DISMISSAL**

    Plaintiffs,

v.

MIULER REYES HENRIQUEZ,

    Defendants.

_____/

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **March 18, 2013.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 21, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 2/4/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE