IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

J&J SPORTS PRODUCTIONS, INC.,     No. C 12-05777 RS

    Plaintiffs,     **STANDBY ORDER OF DISMISSAL**

v.

MIULER REYES HENRIQUEZ,

    Defendants.

_____/

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **August 12, 2013**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 15, 2013, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 6/26/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE