Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Miuler Reyes Henriquez,<br><br>Defendant. | CASE NO. 3:12-cv-05777-RS<br>ORDER<br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MIULER REYES HENRIQUEZ A/K/A MIULER REYES, individually and d/b/a EL SALVADORENO RESTAURANT |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant MIULER REYES HENRIQUEZ A/K/A MIULER REYES, individually and d/b/a EL SALVADORENO RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against MIULER REYES HENRIQUEZ A/K/A MIULER REYES, individually and d/b/a EL SALVADORENO RESTAURANT and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by August 9, 2013, the dismissal shall be deemed to be **with prejudice**.

///
///
///

STIPULATION OF DISMISSAL
Case No. 3:12-cv-05777-RS
PAGE 1

1 | This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party
2 | referenced-above shall bear its own attorneys' fees and costs.

Dated: June 25, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

MIULER REYES HENRIQUEZ A/K/A MIULER REYES
Individually and d/b/a EL SALVADORENO RESTAURANT

IT IS SO ORDERED:

_____
The Honorable Richard Seeborg
United States District Court
Northern District of California

Dated: 7/8/13

STIPULATION OF DISMISSAL
Case No. 3:12-cv-05777-RS
PAGE 2